IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                               4:08CR00174 JTR

CHERYL HESTER

**ORDER**

The Government has filed a Motion requesting dismissal of its Petty Offense Information charging Defendant with: (1) possession of marijuana in the Gunner Pool recreation area in violation of 36 C.F.R. § 261.58t; and (2) possession of a dog not upon a leash in violation of 36 C.F.R. § 261.14(j). (Docket entry #7.) According to the Government, the summons issued in this case has been returned unexecuted, and therefore leave to dismiss is appropriate.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and General Order 52 of the Eastern District of Arkansas, the Government's Motion will be granted.

IT IS THEREFORE ORDERED THAT the Government's Motion to Dismiss (docket entry #7) is GRANTED.

Dated this 18th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE